1  ROBERT J. ROSATI (SBN112006)
   e-mail: robert@erisalg.com
2  THORNTON DAVIDSON (SBN166487)
   e-mail: thornton@erisalg.com
3  ERISA Law Group
   6485 N. Palm Ave.
4  Fresno, California 93704
   Telephone:    (559) 478-4119
5  Facsimile:    (559) 478-5939

6  Attorneys for Plaintiff, Shane Hill

7

   RONALD K. ALBERTS (SBN 100017)
8  e-mail: ralberts@gordonrees.com
   JORDAN S. ALTURA (SBN 209431)
9  e-mail: jaltura@gordonrees.com
   MARGIE R. LARIVIERE (SBN 172975)
10 e-mail: mlariviera@gordonrees.com
   GORDON & REES LLP
11 275 Battery Street, Suite 2000
   San Francisco, California 94111
12 Telephone:    (415) 986-5900
   Facsimile:    (415) 986-8054
13
   Attorneys for Defendant
14 LIFE INSURANCE OF COMPANY OF NORTH AMERICA

15

16

17                    UNITED STATES DISTRICT COURT FOR
18                    THE NORTHERN DISTRICT OF CALIFORNIA
19                           SAN FRANCISCO DIVISION
20

21 SHANE HILL,                             )   Case No.: 3:14-cv-02649 WHO
                                           )
22         Plaintiff,                      )   (PROPOSED) ORDER TO CONTINUE
   v.                                      )   CASE MANAGEMENT CONFERENCE
23                                         )
                                           )
24                                         )
                                           )
25 LIFE INSURANCE COMPANY OF NORTH         )   Currently Scheduled
   AMERICA                                 )   Date:   September 16, 2014
                                           )   Time:   2:00 p.m.
26         Defendant.                      )
                                           )   Requested Continuance
27 _____ )   Date:   September 30, 2014

28
   ─────────────────────────────────────────────────────────────
              (PROPOSED) ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

                                      -1-

1 | Pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED
2 | that:
3 |     1.    The Case Management Conference currently scheduled for September 16, 2014, is
4 | continued to September 30, 2014, at 1:30 p.m.;
5 |     2.    The Joint Case Management Statement shall be filed not less than seven days before
6 | the reset conference.

DATED: August 21, 2014

_____
HONORABLE WILLIAM H. ORRICK